**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2274**

In re:  DALTON LAQUANE SMITH,

          Petitioner.

On Petition for Writ of Mandamus. (3:13-cr-01038-JFA-1; 3:15-cv-04225-JFA)

Submitted:  November 15, 2018                    Decided:  November 30, 2018

Before DUNCAN and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Dalton Laquane Smith, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dalton Laquan Smith petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. The record reflects that the district court issued an opinion and order addressing the merits of Smith's § 2255 motion, and Smith has therefore received the relief he requests in this petition. Accordingly, although we grant leave to proceed in forma pauperis, we deny as moot Smith's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*